IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOE HENRY SCOTT, III,                    :

    Plaintiff,                        :

vs.                                      :
                                           CIVIL ACTION 09-00610-WS-B
J.O. DAVIS CORRECTIONAL                  :
FACILITY, *et al.*,
                                         :
    Defendants.                       :

                                       :

<u>ORDER</u>

      After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Plaintiff's Motion for a Restraining Order (Doc. 6) be and is hereby **DENIED** as moot.

      **DONE** this 17th day of February, 2010.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE