```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**JOE HENRY SCOTT, III,**          :

    **Plaintiff,**              :

**vs.**                            : CIVIL ACTION 09-00610-WS-B

**J.O. DAVIS CORRECTIONAL**        :
**FACILITY,** *et al.*,
                                   :
    **Defendants.**


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 6th of April, 2010.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE